NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHRISTOPHER GRANTHAM,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2014-5118

---

Appeal from the United States Court of Federal Claims in No. 1:13-cv-00981-LB, Judge Lawrence J. Block.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Christopher Grantham files a motion, dated August 22, 2014, seeking various relief.

Mr. Grantham's motion appears to raise arguments concerning the merits of the decision of the United States Court of Federal Claims on appeal.  Those arguments belong in his briefs.

2                                      GRANTHAM v. US

Accordingly,

IT IS ORDERED THAT:

The motion is denied.


FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s24